# UNITED STATES DISTRICT COURT

Eastern  District of  Oklahoma

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (for **Revocation** of Probation of Supervised Release) |

| XAVIER LACROIX LOUIE | Case No.  CR-09-00021-001-JHP |
|---|---|
| | USM No.  04835-063 |

Paul Hess
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of  mandatory and standard conditions of the term of supervision.

■ was found in violation of condition(s)  mandatory and standard  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime. | 05/10/2012 |
| Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. | 05/10/2012 |
| Standard Condition | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled | 03/28/2012 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc.  7427

Defendant's Year of Birth:  1977

City and State of Defendant's Residence:
Tahlequah, OK

September 12, 2012
Date of Imposition of Judgment

*/s/ James H. Payne*
James H. Payne
United States District Judge
Eastern District of Oklahoma

E.O.D. 9/14/2012
Date

DEFENDANT:     XAVIER LACROIX LOUIE
CASE NUMBER:     CR-09-00021-001-JHP

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:   24 MONTHS.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the Bureau of Prisons evaluate and determine if the defendant should be given credit toward this sentence for any time previously served in custody and further award the defendant credit for such time served in accordance with Bureau of Prisons policy. That the defendant be placed in a federal facility as close to Tahlequah, OK as possible to facilitate family contact.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ a _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL